January 25th, 2018

Dear Clerk,   18- -174
    Please return a conformed copy.

    Earl Bradley
    CJIS # 415266
    Cheshire Correctional Institution
    900 Highland Ave
    Cheshire, CT 06410

(envelope enclosed, self addressed)

Thank you

Earl Bradley



FILED
JAN 3 0 2018
jms
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Earl Bradley CJIS #415266
Cheshire Correctional Institution
900 Highland Ave
Cheshire CT 06410

Clerk of Court
U.S. District Court
844 King Street
Lock Box 18
Wilmington, DE 19801

Legal Mail




