IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EARL BRADLEY, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 18-174-LPS |
| | : | |
| ATTORNEY GENERAL OF THE | : | |
| STATE OF DELAWARE, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

WHEREAS, Petitioner has filed a form petition seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254 ("Petition"); and

WHEREAS, pursuant to *United States v. Miller*, 197 F.3d 644 (3d Cir. 1999) and *Mason v. Meyers*, 208 F.3d 414 (3d Cir. 2000), the Court advises Petitioner that the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, applies to the pending Petition and imposes a one-year period of limitation on the filing of habeas petitions. AEDPA also effectively precludes Petitioner from filing a second or subsequent habeas petition except in the most unusual of circumstances. 28 U.S.C. § 2244(b); 28 U.S.C. § 2244(d)(1).

NOW, THEREFORE, this 17th day of July 2018, IT IS ORDERED that Petitioner must file the attached AEDPA election form with the Court on or before August 15, 2018. Failure to timely return the completed form will result in the Court's ruling on the pending Petition as filed.

IT IS FURTHER ORDERED that Petitioner's Motion to Identify Proper Respondent (D.I. 5) is **GRANTED**. *See Brown v. Smith*, 2013 WL 149357, at *10 (D. Idaho Jan. 14, 2013) ("If you are held out of state on an Idaho conviction, you can name the Idaho Attorney General as respondent). The Court notes that Petitioner is incarcerated in the State of Connecticut pursuant to a conviction in the Delaware State Courts. The Clerk of the Court shall

correct the caption of the case to match the caption in this Order.

_____
UNITED STATES DISTRICT JUDGE