**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **EARL BRADLEY**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-174-LPS |
| | ) | |
| **ATTORNEY GENERAL** | ) | |
| **of the STATE OF DELAWARE** | ) | |
| | ) | |
| Respondents. | ) | |

## STATE COURT RECORDS

1.  The following Delaware Supreme Court records are attached:

    a.  Appellant's Opening Brief, Exhibits & Appendix dated March 5, 2012 (No. 476, 2011) (REDACTED)

    b.  State's Answering Brief & Appendix dated April 9, 2012 (No. 476, 2011) (REDACTED)

    c.  Reply Brief dated April 24, 2012 (No. 476, 2011)

    d.  Final Order dated September 6, 2012 (No. 476, 2011) (REDACTED)

    e.  Appellant's Motion for Reargument dated January 4, 2013

    f.  Order Reargument dated January 4, 2013

    g.  Appellant's Motion to Stay dated June 19, 2015 (No. 300, 2015) (REDACTED)

    h.  Response to Motion to Stay dated July 17, 2015 (No. 300, 2015)

    i.  Order Stay dated September 14, 2015 (No. 300, 2015)

    j.  Appellant's Opening Brief, Exhibits & Appendix dated October 19, 2015 (No. 300, 2015) (REDACTED)

    k.  State's Answering Brief & Appendix dated November 20, 2015 (No. 300, 2015) (REDACTED)

    l.  Reply Brief dated December 7, 2015 (No. 300, 2015)

    m.  Motion to Withdraw as Counsel & Exhibit dated December 28, 2015 (No. 300, 2015)

    n.  Response to Motion for Substitute Counsel dated December 31, 2015 (No. 300, 2015)

    o.  Final Order dated March 3, 2016 (No. 300, 2015) (REDACTED)

    p.  Petition for a Writ of Mandamus dated May 3, 2016 (No. 225, 2016)

    q.  Response and Motion to Dismiss dated May 19, 2016 (No. 225, 2016) (AS FILED WITH THE COURT BELOW)

    r.  Final Order dated June 29, 2016 (No. 225, 2016)

    s.  Petition for a Writ of Mandamus dated May 15, 2017 (No. 196, 2017)

    t.  Motion for Recusal of Justice dated May 15, 2017

    u.  Response and Motion to Dismiss dated May 19, 2017 (No. 196, 2017)

    v.  Final Order dated May 23, 2017 (No. 196, 2017)

    w.  Opening Brief & Memos dated August 2 & August 8, 2017 (No. 221, 2017)

    x.  Answering Brief & Appendix dated August 29, 2017 (No. 221, 2017) (APPENDIX AS FILED WITH THE COURT BELOW)

    y.  Reply Brief & Appendix dated October 20, 2017 (No. 221, 2017)

    z.  Final Order dated January 16, 2018 (No. 221, 2017)

2.  The following Delaware Superior Court records are attached:

    a.  Criminal Docket in Superior Court Case No. 0912011155 (REDACTED)

    b.  Transcript of Arraignment dated March 24, 2011

    c.  Transcript of Waiver of Jury dated May 9, 2011

    d.  Motion for Postconviction Relief & Memo dated February 27, 2013

    e.  Memo in Support of Postconviction Relief dated April 1, 2013

    f.  Memo in Support of Postconviction Relief dated June 17, 2013

g.   Reply to Counsel's Affidavit dated July 18, 2013

h.   Amended Motion for Postconviction Relief & Appendix dated January 21, 2014
     (REDACTED)

i.   Appellate Counsel Affidavits dated March 21, 2014

j.   Response to Postconviction Relief & Appendix dated June 30, 2014
     (REDACTED)

k.   Postconviction Reply dated August 29, 2014

l.   Stephanie Tsantes, Esq. Affidavit dated December 19, 2014

m.   Nicole Walker, Esq. Affidavit dated December 19, 2014

n.   Motion for Postconviction Relief & Overview dated March 9, 2016

o.   Memo in Support of Postconviction Relief dated March 15, 2016

p.   Memo in Support of Postconviction Relief dated March 22, 2016

q.   Motion to Amend Postconviction Motion dated May 2, 2016

r.   Memo in Support of Postconviction Relief dated May 5, 2016

s.   Motion for Postconviction Relief dated May 11, 2016

t.   Motion for Recusal or Disqualification dated June 6, 2016

Respectfully submitted,

/s/ *Carolyn S. Hake*
Carolyn S. Hake, I.D. No. 3839
Deputy Attorney General
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801
(302) 577-8500

May 31, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2019, I electronically filed the attached document and the documents listed therein with the Clerk of Court using CM/ECF.  I also certify that on May 31, 2019, I have mailed by United States Mail, the same document and the documents referenced therein to the following unregistered participants:

Earl B. Bradley
SBI No. 00415266
Cheshire Correctional Institute
900 Highland Avenue
Cheshire, CT  06410

/s/ *Carolyn S. Hake*
Carolyn S. Hake, I.D. No. 3839
Deputy Attorney General